No. 1817. EL PUEBLO, APELADO, *v.* RODRÍGUEZ, APELANTE.— Corte de Distrito de Ponce. Adulteración de leche. Resuelto en diciembre 23, 1921. No existe pliego de excepciones ni relación de hechos y tampoco se ha radicado alegato y no apareciendo de los autos error fundamental alguno, se confirma la sentencia.

No. 1801. EL PUEBLO, APELADO, *v.* CABALLERO, APELANTE. —Corte de Distrito de Guayama. Portar armas prohibidas. Resuelto en diciembre 23, 1921. No existe exposición del caso ni pliego de excepciones y no apareciendo que se haya cometido ni alegado error fundamental alguno, se confirma la sentencia.

No. 1823. EL PUEBLO, APELADO, *v.* SALAZAR, APELANTE.— Corte de Distrito de San Juan, Segundo Distrito. Infracción a la ley de arbitrios. Resuelto en diciembre 23, 1921. No existe pliego de excepciones ni relación de hechos y tampoco se ha radicado alegato y no apareciendo de los autos error fundamental alguno, se confirma la sentencia.

No. 1837. EL PUEBLO, APELADO, *v.* RAMOS Y ROSARIO, APELANTE EL SEGUNDO.—Corte de Distrito de San Juan, Sección Primera. Adulteración de leche. Resuelto en diciembre 23, 1921. El apelante no ha presentado alegato y no apareciendo de los autos error fundamental alguno, se confirma la sentencia.

No. 1811. EL PUEBLO, APELADO, *v.* PÉREZ, APELANTE.— Corte de Distrito de San Juan, Segundo Distrito. Adulteración de leche. Resuelto en diciembre 23, 1921. No existe pliego de excepciones ni relación de hechos y tampoco se ha radicado alegato y no apareciendo de los autos error fundamental alguno, se confirma la sentencia.